IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROBERT PHAN,

        Plaintiff,                      No. CIV S-06-1580 DFL EFB P

       vs.

MARTIN VEAL, et al.,

        Defendants.             <u>ORDER</u>

_____/

      Plaintiff, a prisoner without counsel, has filed a complaint alleging civil rights violations. *See* 42 U.S.C. § 1983. On July 26, 2006, the court gave plaintiff 30 days to file a complete application for leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915(a)(1). Plaintiff failed to comply with the order and on September 15, 2006, the court recommended this action be dismissed without prejudice. On September 20, 2006, plaintiff filed a certified copy of his trust account activity for the six-month period immediately preceding the filing of the complaint, but he did not file the affidavit required by 28 U.S.C. § 1915(a)(1).

      Accordingly, it is hereby ORDERED that:

      1. The September 15, 2006, findings and recommendations are vacated.

      2. Plaintiff has 30 days from the date this order is served to submit the required affidavit. Failure to comply with this order will result in a recommendation that this action be dismissed

1  without prejudice.

2     3.  The Clerk of the Court is directed to send to plaintiff the form application for leave to

3  proceed *in forma pauperis* used in this court.

4  Dated: November 14, 2006.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE
