1
2
3
4
5
6
7
8                       IN THE UNITED STATES DISTRICT COURT
9                     FOR THE EASTERN DISTRICT OF CALIFORNIA
10  ROBERT PHAN,
11           Plaintiff,                     No. CIV S-06-1580 DFL EFB P
12       vs.
13  MARTIN VEAL, et al.,
14           Defendants.                   FINDINGS AND RECOMMENDATIONS
15  _____/

16      Plaintiff is a prisoner without counsel seeking relief for alleged civil rights violations.
17  *See* 42 U.S.C. § 1983.  On November 15, 2006, the court gave plaintiff 30 days to file an
18  affidavit in support of his request to proceed *in forma pauperis*, and warned him that failure to
19  do so would result in a recommendation that this action be dismissed.
20      The 30-day period has expired and plaintiff has not filed the required affidavit or
21  otherwise responded to that order.
22      It therefore is RECOMMENDED that this action be dismissed without prejudice.
23      These findings and recommendations are submitted to the United States District Judge
24  assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within twenty days
25  after being served with these findings and recommendations, any party may file written
26  objections with the court and serve a copy on all parties.  Such a document should be captioned

1  "Objections to Magistrate Judge's Findings and Recommendations."  Failure to file objections
2  within the specified time may waive the right to appeal the District Court's order.  *Turner v.*
3  *Duncan*, 158 F.3d 449, 455 (9th Cir. 1998); *Martinez v. Ylst*, 951 F.2d 1153 (9th Cir. 1991).
4  Dated:  January 8, 2007.

                                           EDMUND F. BRENNAN
                                           UNITED STATES MAGISTRATE JUDGE

2